**PECHMAN LAW GROUP PLLC**
**LABOR & EMPLOYMENT ATTORNEYS**

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

September 29, 2026

**VIA ECF**
Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

Re: *Gerardo Lozano et al v. Fragole on Court Corp.*, Case No. 26 Civ. 602 (RML)
Plaintiffs' Request for Extension of Time to File Motion for Default Judgment

Dear Judge Levy:

We represent Uriel Gerardo Lozano, Sarai Cisneros, and Laura Baquero Almeida in the above-referenced action. Pursuant to your Honor's September 25, 2026 Order, Plaintiffs were directed to file their Motion for Default Judgment and advise the Court of whether Plaintiffs intend to continue the case against Defendant Victor Navarette by Monday, October 5, 2026.

We write to request a brief extension of time to file Plaintiffs' Motion for Default Judgment to Friday, October 9. This is Plaintiffs' first request for an extension of time regarding their Motion to Dismiss, and good cause exists for this request as counsel has to coordinate with Plaintiffs to finalize their declarations, and the brief extension of time would help in doing so. This request does not prejudice Defendants.

Plaintiffs would also like to advise the Court that they do not intend to continue the case against Defendant Navarette because they cannot physically locate him in Mexico, they can only contact him by phone or email (which is how he has been notified of this lawsuit), and therefore, ask the Court to dismiss him from this action without prejudice.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Miguel Tapia Colin*

cc: Fragole on Court Corp. (via email: fragoleny@gmail.com)
Victor C. Wang (via email: dioclau74@gmail.com)